KESNOWITZ, Respondent, v. PRONIN et al., Appellants. (Supreme Court, Appellate Term. June 22, 1905.) Appeal from Municipal Court, Borough of Manhattan, Thirteenth District. Action by Max Kesnowitz against Barnett Pronin and others. Judgment for

plaintiff, and defendants appeal. Reversed as to defendants other than Brown, and affirmed as to defendant Brown. D. W. Rockmore, for appellants. S. Plumer, for respondent.

PER CURIAM. Plaintiff's Exhibit A contains an affidavit made by defendant Brown that the value of the property was $510. This is no evidence of the value of the property as against the other defendants. As the court had jurisdiction, the judgment will be reversed as to the defendants other than Brown, and a new trial ordered, with costs to appellants to abide the event, and affirmed as to Brown, with costs.